In the Matter of the Judicial Settlement of the Account of the Proceedings of WILLIAM W. HALL, as Executor, etc., of SARAH L. SMITH, Deceased.

WILLIAM W. HALL, Individually and as Executor, etc., Appellant; LILLIAN HALL ABBETT and Another, Respondents.

*Executors and administrators — compensation of attorneys for executor — residuary legatee consented to contract — her next of kin are estopped — allowance to attorney for contestant is excessive.*

Appeal from a decree of the Surrogate's Court of Essex county, entered in said Surrogate's Court on October 24, 1925, with notice of intention to bring up for review an order of said court entered on September 15, 1925, and also an order entered on November 7, 1925, in proceedings pursuant to section 231-a of the Surrogate's Court Act (as added by Laws of 1923, chap. 526).

---

* See 30 U. S. Stat. at Large, 557, § 47, as amd. by 36 id. 840, § 8.—[REP.
† Added by Laws of 1913, chap. 633.— [REP.

PER CURIAM. The contract for compensation to the attorneys for the executor, as established at the hearing by proof, as to the competency of which no objection was made, was authorized by the residuary legatee. She was the only person to be adversely affected by such contract; she was, therefore, estopped from objecting thereto, and the estoppel, after her death, extended to her next of kin. The allowance to the attorney for the contestant, under the circumstances, we consider excessive. All concur. Decree reversed on the law and facts and new trial granted before the surrogate, with costs to the appellant payable out of the estate. Orders reversed on the law and facts, without costs.